450 A.2d 1032

Bertolet, Appellant v. The Cement National Bank.

Argued January 6, 1982.   James C. Lanshe, for appellant;  Alfred S. Pierce, for appellee.

Before SPAETH, CAVANAUGH and MONTEMURO, JJ.

The order of the lower court is affirmed.

450 A.2d 1032

Brodsky & Satinsky v. B. F. Goodrich Co., et al.

Appeal of The City of Philadelphia.

Appeal of The B. F. Goodrich Company.
Petition for Allowance of Appeal
Denied Jan. 14, 1983.

Argued October 5, 1981.   Gabriel Bevilacqua, Assistant City Solicitor, for City of Phila., appellant (at No. 1860) and appellee (at No. 2017);  James M. Marsh, for B. F. Goodrich, appellant (at No. 2017) and appellee (at No. 1860); Donald F. Manchel, for Brodsky and Satinsky, appellees.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.

Order affirmed.